# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3923

_____

| | | |
|---|---|---|
| Louise Swanigan, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Social Security Administration, | * | |
| Commissioner Kenneth S. Apfel,[1] | * | **[UNPUBLISHED]** |
| | * | |
| Appellee. | * | |

_____

Submitted:  December 6, 1999

Filed:   December 9, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

---

[1]Kenneth S. Apfel has been appointed to serve as Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

PER CURIAM.

Louise Swanigan appeals the adverse judgment of the district court,[2] which upheld the Social Security Commissioner's decision to deny Ms. Swanigan's applications for disability insurance benefits and supplemental security income. Having carefully reviewed the record and the parties' briefs, we conclude that the Commissioner's decision is supported by substantial evidence on the record as a whole, and we therefore affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri.